```
              IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       EASTERN DIVISION
```

UNITED STATES OF AMERICA                                   PLAINTIFF

VS.                                      CRIMINAL NO. 4:12-CR-4-DCB-FKB

CECIL PIERRE                                               DEFENDANT

<u>ORDER</u>

Pursuant to the Realignment Act signed into law on December 20, 2013 and the Administrative Order filed December 26, 2013, this case was closed and transferred to the Eastern Division of this district and given new case number 2:14-cr-2-DCB-FKB. After its closing there have been filings erroneously docketed in this closed case.

The Clerk of Court is directed to docket all erroneously filed documents in new case number 2:14-cr-2-DCB-FKB. The filing dates are to remain the same. All future filings in the case of United States of America vs. Cecil Pierre are to be docketed in case number 2:14-cr-2-DCB-FKB.

This the __14th__ day of October, 2015.

                              <u>  s/David Bramlette       </u>
                              UNITED STATES DISTRICT JUDGE